**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          William Whitfield v. The State of Texas

Appellate case number:    01-18-01141-CR

Trial court case number:   1586194

Trial court:                         185th District Court of Harris County

This Court's March 5, 2019 Order of Abatement had abated and remanded this case for the trial court to determine whether appellant has the right of appeal and whether appellant's appointed trial counsel, Augustin T. Pink, should be permitted to withdraw and new counsel should be appointed. On April 4, 2019, a supplemental reporter's record of the abatement hearing held that day was filed in this Court with the trial court finding that appellant does have the right of appeal, that appellant is indigent, that Pink is relieved as counsel, and that the Harris County Public Defender's Office was appointed.

On April 10, 2019, Daucie Schindler, Assistant Public Defender, filed a designation of new lead counsel under Texas Rule of Appellate Procedure 6.1 to remove Scott Pope as lead counsel. On April 23, 2019, in compliance with the Clerk of this Court's notice, a supplemental clerk's record was filed in this Court which included the trial court's March 12, 2019 order which had appointed Scott C. Pope/Harris County Public Defender's Office as new counsel, and the March 14, 2019 order granting Pink's motion to withdraw.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, to remove Augustin T. Pink and Scott C. Pope as appellant's counsel, and to designate **Daucie Schindler** as appellant's new lead counsel. *See* TEX. R. APP. P. 6.1(c), 6.5(b), (d). Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See* TEX. R. APP. P. 2, 34.5(c)(3), 38.6(a)(1). The State's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: __/s/ Laura C. Higley__

☒ Acting individually    ☐ Acting for the Court

Date: _April 25, 2019_____